PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 2:89CR00150-01** |
| ) | |
| **ROGER ROLAND DUNN** ) | |
| ) | |

On February 26, 1990, the above-named was placed on supervised release for a period of 5 years which commenced November 26, 2004.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Kyriacos M. Simonidis (for)

**CYNTHIA J. MAZZEI
Senior United States Probation Officer**

Dated:   August 11, 2008
         Sacramento, California
         CJM:jz


**REVIEWED BY:**   /s/   Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS
                  Supervising United States Probation Officer**

Re: **ROGER ROLAND DUNN**
**Docket Number:  2:89CR00150-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Roger Roland Dunn be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| August 13, 2008 | /s/ Edward J. Garcia |
| **Date** | **EDWARD J. GARCIA** |
| | **Senior United States District Judge** |

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office